John Forshay and others, Respondents, v. Wil-

liam A. Boyd and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

